EAGLE TRADING CORPORATION, Respondent, v. GRACE R. HICKS, Appellant, and Others, Defendants.— Appeal by defendant Grace R. Hicks from a judgment of foreclosure and sale in favor of the plaintiff and against defendants, and ordering the sale of the mortgaged premises. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

BELLE GOLDMAN and WILLIAM GOLDMAN, Respondents, v. THE CITY OF NEW YORK, Appellant, and Another, Defendant.— In this action by plaintiff wife to recover damages for personal injuries sustained when she fell upon a snow- and ice-covered sidewalk thirty-six and one-half hours after the cessation of a two-day snow storm, and by plaintiff husband for medical expenses and loss of services, no actionable negligence on the part of appellant was shown. Judgment in favor of plaintiffs reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Petition of SIXTH AVENUE BAPTIST SOCIETY, Petitioner, to Render and Settle Its Accounts as Administrator c. t. a. of the Estate of MARY FOX, Deceased. SIXTH AVENUE BAPTIST SOCIETY, as Administrator c. t. a. and Residuary Legatee of MARY FOX, Deceased, Appellant; FRANK FINBERG, Attorney, Respondent.— Decree of the Surrogate's Court of Kings County, in so far as it fixes the compensation of respondent for legal services rendered to the administrator c. t. a., pursuant to section 231-a of the Surrogate's Court Act, in the sum of $3,500, modified on the law by reducing such compensation to the sum of $1,000. As thus modified, the decree, in so far as appealed from, is unanimously affirmed, with costs to appellant, payable out of the estate, and the matter remitted to the Surrogate's Court for the entry of a decree accordingly. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of Supplementary Proceedings: OMAHA COLD STORAGE CO., Appellant, v. CHAS. H. NOLTE, INC., Judgment Debtor. SAMUEL GRUBER, Witness, Respondent.— Appeal from an order granting a motion by a witness, directed to appear pursuant to a *subpœna duces tecum* issued in proceedings supplementary to judgment under section 782 of the Civil Practice Act. The purpose of the subpœna was to examine the witness to ascertain if he knew anything with respect of property of the judgment debtor and was not for the purpose of ascertaining if he had any property of the judgment debtor exceeding ten dollars in value, as provided by section 779 of the Civil Practice Act, which the Special Term believed was the basis upon which the *subpœna duces tecum* was issued. Furthermore, the witness entered into a stipulation adjourning his examination prior to the return day. Order reversed on the law, with ten dollars costs and disbursements, and motion to vacate denied, with ten dollars costs, the examination to proceed on five days' notice. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

ADOLPH H. KNOLL, Appellant, v. MASSACHUSETTS INDEMNITY INSURANCE COMPANY, Respondent.— Appeal from a judgment, entered on the unanimous verdict of a jury, in an action brought on two policies of indemnity against accident and sickness. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.